UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEONG SONG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-01775 |
| | § | |
| JFE FRANCHISING, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON DEFENDANT JIM KIM'S MOTION FOR SUMMARY JUDGMENT**

This matter was referred to United States Magistrate Judge Dena Palermo to conduct all further proceedings pursuant to 28 U.S.C. § 636. [ECF No. 75]. Pending before Judge Palermo was Defendant Jim Kim's motion for summary judgment. [ECF No. 68]. On August 20, 2019, Judge Palermo filed a Report and Recommendation ("R&R") recommending that Defendant's motion for summary judgment be denied. [ECF No. 77]. The deadline for filing objections to the R&R has expired without any objections being filed.

The Court finds that Judge Palermo's R&R is well founded and that it should be adopted.[1] Accordingly, it is ORDERED that:

---

[1] Since there were no objections filed, the Court did not conduct a *de novo* review.

1. Judge Palermo's R&R is ADOPTED in its entirety as the holding of the Court.

2. Defendant's motion for summary judgment is DENIED.

It is so ORDERED.

SIGNED on this 13th day of September, 2019.

_____

Kenneth M. Hoyt
United States District Judge