United States District Court
Southern District of Texas
**ENTERED**
October 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEONG SONG | § | |
| and | § | |
| JAE BAK BAE, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-01775 |
| | § | |
| JFE FRANCHISING, INC. | § | |
| and | § | |
| JIM KIM, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDCIE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed on October 21, 2019, the above-referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). IT IS ORDERED that all claims in dispute in this lawsuit be dismissed with prejudice to refiling. All attorneys' fees and costs will be borne by the party incurring the same.

It is so ORDERED.

SIGNED on this 25th day of October, 2019.

_____
Kenneth M. Hoyt
United States District Judge